IN THE UNITED STATES DISTRICT COURT OF*DELAWARE[TALLEYVILLE-DELAWARE]

Mr. Kelvin Miles, et al.,/
          PLaintiff,

PROCTOR AND*GAMBLE MANUFACTURING/
COMPANY/ASTRA ZENECA PHARMACEUTICAL
COMPANY,#1800-CONCORD PIKE,TALLEYVILLE,
DELAWARE. 19803.
          DEFENDANTS,et al.[OTHERS]

CASE NO###

19-871



-COMPLAINT OF INJURIES SUFFERED FROM THE USEAGE OF DANGEROUS AND HARMFUL
-PHARMACEUTICAL PRODUCTS MANUFACTURED BY THE DEFENDANTS-PURSUANT TO TITLE
15 U.S.C. SECTION 1102 AND 63A AM 2d.................................

MOST HONORABLE COURT,

## JURISDICTION

RESPECTFULLY COMES NOW, Plaintiff(Miles), hereafter and hereinafter("Mile
s"), In Pro se and Pro Se Coach, with complaint of injuries suffered from
the use of*Dangerous and Harmful Products of the Defendant whom after
Governmental Sanctions on these products in Medical Malpractice,Disrespec
t of The Law, disrespect and criminal negligence continue sell and market
such products which are found to be the leading cause of heart failures,
heart attacks, kidney failures, strokes, diabetes, lower cognitive*abili-
ty, Reduced Ability To think Right and Clearly(Cognitive Lucidity), poor-
er functioning in conversation, poorer and slower response time in speak-
ing, and sometimes difficulty understanding what people say, sluggishness
lethargy, and very low energy; poorer athletic performance, inability to
summon full strength of eneregy to do cardiovascular exercise, wanting to
rest and sleep all day, never feeling fully rested, never feeling my for-
mer self and slight alienation and never feeling fully awake, and diabete
s which lead to plaintiff(s)being placed on a dialysis machine. This drug
(Haldol Deconate Intramuscularly=300-miligrams every 28-days)can cause
Tardive Diskenesia and Akathisia[Shaking of the limbs likeParkinson di-
sease]. Which is Uncurable when gotten.

## STATEMENT OF FACTS

Mile's contention(s) in Statement of Facts in COMPLAINT of SEVERE INJURIES SUFFERED from the direct Use of found to been DANGEROUS and HARMFUL PHARMA ceutical products of Defendant(s) that he has suffered IRREVERSIBLE and IR-ReRARABLE DAMAGE TO his once upon a time he possessed a sound frame of mind be4fore the useage of their PHARMACEUTICAL DRUG(CHEMICAL)HALDOL DECONATE INTRAMUSCULAR INJECTIONS, which were forced upon him against his will by Staff-Members(Psych Drs.) of the BUREAU OF PRISONS in their attempt to control his mind by way of brain washing techniques, methods, tactics, in which, DEFENDANT(s) produced and supplied this CHEMICAL DRUG, that does not cure anything, to this unwilling and non-dangerous plaintiff[Miles].

## STANDARD OF REVIEW

Plaintiff(Mr. Miles), respectively contends in standard review how complaint of severe injuries(SEVERE INJURIES) SUFFERED from the direct useage of found to had been DANGEROUS and HARMFUL PHARMACEUTICAL PRODUCTS OF DEFENDANTS is that 1. PRODUCTS OF DEFENDANT(S) MIND BOGGLING ALTERED STATES OF CONSCIOUSNESS...CAUSED PSYCHIATRIC and PSYCHOLOGICAL DEPRESSION, EMOTIONAL DISTRESS and MENTAL ANGUISH, MANIC EPISODES, POOR INSIGHT, NUISANCE BEHAVIOR, and THE HALDOL DECONATE MENTAL RELAPSES IN EPISODES OF NIGHTMARES, TALKING TO ONESELF AND NEFARIOUS RAGES OF ANGUISH and as a result of Dependency upon the drug included PSYCHOTIC BEHAVIOR with such thoughts of SUICIDAL DISPOSITIONS when THE DRUG was NOT ADMINISTERED DURING THE PEAK TIME OF MENTAL DEPENDENCY.

## RELIEF SOUGHT

Miles , respectively seeks in Relief Sought that the District Court of Delaware do approve and Grant Financial Compensation in an AWARD complimentary

MILES...RESPECTFULLY COMES NOW, with complaint of severe injuries suf-
fered from the DIRECT USEAGE(Past and Present)of neuroleptic and psy-
chotropic chemical drugs which do not cure anything and are experiment-
al and found to be dangerous and harmful pharmaceutical products from
when he firstly arrived here on or around 2011-12 and having been here
for approximately over 7-years and Miles has never signed a consent form
to his knowledge. Miles is not dangerous and has no incident reports or
write-ups or any inmate infractions for the entire durationsince being
here. Plaintiff("Miles")is still being force medicated with HALDOL DE-
CONATE INTRAMUSCULAR INJECTIONS every two--weeks and twiceper monthly
or every 28 days. And until this persent day pursuant to the PRODUCT
LIABILITY STATUTE TITLE 15 U.S.C. Section-1102 and 63A AM 2d, whereof,
Jurisdiction and Adjudication is invoked upon the Districtof Delaware.

## STATEMENT OF COMPLAINT

Miles, Respectfully Comes Now , with contentions in Statement of Com-
plaint of Severene Injuries Suffered from the Direct Use of founded to
have been deemed Harmful and Dangerous Pharmaceutical Products bv the
defendant(s), which is the HALDOL neuroleptic and psychotropic chemical
drugthat caused plaintiff(Miles)to suffer Irreversable and irreparable
psychological and psychiatrical damages, psychiatric and psychological
stress and duress(Illegal authoritative damage), psychological depression
emotional distress, and the medical risks of developing tardive diskinisi
a and akathisia.
and mental anguish for over seven years. Miles also suffers relapses of
mental episodes, including slight psychosis and mental dificiencies, wh-
ich alter and alienate his once sound and rational mind which he once dis-
played and possessed before being forced to take HALDOL, which, is consid-
ered a Mind Altering and Mind Boggling chemical drug that is still used
by certain governments to Punish and Restrict the thinking of the indivi-
dual person.

of injuries sustained, which, includes psychiatric experimentation, puni-
tive psychiatry and experimentation on prisoner, eugenics and euthanasia,
psychological depression, emotional distress and psychological depression,
stress and duress(Illegal Authoritative Pressure), mental anguish, tardive
diskinisia and akathisia(permanent lifetime shaking of the limbs like Par-
kinson Disease with*no cure), Irreversable and Irreparable Injuries in ad-
dition to double that amount in punitive damages. Miles, is suing for $300=
Hundred Million Dollars.

## CONCLUSIONS

ACCORDINGLY and UNPRECENTEDLY Miles Prays that this Complaint of Severe
Injuries Suffered from the Direct Use of Found to be harmful and dangerous
Pharmaceutical Products of Defendant(s)do be approved and Financial *relief
Be GRANTED as a Matter of Human Rights, Civil Rights, and U.S. Constitutional
Amendment Rights, Title 15 U.S.C. Section 1102, 63A AM 2D and under the DUE
PROCESS and EQUAL PROTECTION CLAUSES of The Fifth and Fourteenth Constitu-
tional Amendments which are now before the Honorable District court of
DELAWARE for Deliberation and Review.


RESPECTFULLY SUBMITTED,

*Kelvin O. Miles*
Date- 5-3-219
Mr. Kelvin Miles/Plaintiff
U.S.M.# 45410-007
F.M.C.-FMB-4000,
ROCHESTER,MN.55903-4000.
CARE OF UNIT 1-2.

COMMITTED NAME: Kelvin T. Miles
REG. NO. & QTRS.: 47415-007-1-2
FEDERAL MEDICAL CENTER
PMB 4000
ROCHESTER, MN 55903-4000

Legal Mail 17601835570

FILED
MAY 09 2019
US DISTRICT COURT
DISTRICT OF DELAWARE

ST. PAUL MN 551
05 MAY 2019 PM 5 L

⇔45410-007⇔
Office Of The Clerk
#844- N KING ST
Wilmington, DE 19801-3570
United States

U.S.

USA
FOREVER

FEDERAL MEDICAL CENT...
PO BOX 4600
ROCHES... MN 55903